TROIANI/KIVITZ, L.L.P.    Attorneys for Plaintiff
Bebe H. Kivitz, Esquire
I.D. No.: 30253
Dolores M. Troiani, Esquire
I.D. No.: 21283
38 North Waterloo Road
Devon, PA 19333
(610) 688-8400

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA CONSTAND, : | |
|     Plaintiff | : CIVIL ACTION |
| | : |
|     v. | : NO. 05-CV-1099 |
| | : |
| WILLIAM H. COSBY, JR., | : |
|     Defendant | : |

## PLAINTIFF'S ANSWERS TO DEFENDANT'S AFFIRMATIVE DEFENSES

1. Denied as a conclusion of law to which no response is required.

2. Denied as a conclusion of law to which no response is required.

                                                      Troiani/Kivitz, L.L.P.


                                                      /s/ Bebe H. Kivitz
                                                      Bebe H. Kivitz, Esquire
                                                      Dolores M. Troiani, Esquire
                                                      Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I, Bebe H. Kivitz, hereby certify that Plaintiff's Answer to Defendant's Affirmative Defenses has been electronically filed on the date indicated below and is available for viewing and downloading from the ECF system. I hereby further certify that the foregoing pleading was sent via U.S. mail, postage prepaid, on the following:

Patrick J. O'Connor, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Andrew D. Schau, Esquire
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036

                                              TROIANI/KIVITZ, L.L.P.

                                              /s/ Bebe H. Kivitz
                                              Bebe H. Kivitz, Esquire
                                              Dolores M. Troiani, Esquire
                                              Attorneys for Plaintiff

Date: May 11, 2005