```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ANDREA CONSTAND              :    CIVIL ACTION
                             :    05-1099
        Plaintiff,           :
                             :
        v.                   :
                             :
WILLIAM H. COSBY, JR.        :
                             :
        Defendant.           :
```

### ORDER

**AND NOW**, this **2nd** day of **December 2005,** it is hereby **ORDERED** that the original trancript of the Telephone Conference held before this Court on November 4, 2005 shall be filed of record **except** that lines 9-10 of page 8 and lines 1-2 of page 9 shall be **redacted.**

**IT IS FURTHER ORDERED** that pages 8 and 9 **unredacted** shall be filed **under seal.**

**IT IS FURTHER ORDERED** that leave is granted to counsel to receive the unredacted parts of the original transcript filed under seal.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**