1    MS. TROIANI: Yes, I am, your Honor, I'm extremely
2    disturbed by this.
3    THE COURT: Okay.
4    MS. TROIANI: Mr. Cosby chose to defame our client
5    in the media.
6    THE COURT: Right.
7    MS. TROIANI: I mean, you've read that part of the
8    deposition and although we didn't get many answers, but he
9    went to the National Enquirer. He deliberately defamed her
10   in the National Enquirer. He killed the stories that would
11   show that our client was telling the truth.
12   THE COURT: Mm-hmm.
13   MS. TROIANI: I'm very concerned about this
14   procedure. This is totally different than any other case
15   that is handled. Our courts are not secret. Our courts are
16   open to the public and they're open to the public for a
17   reason. And that is to preserve the integrity of this
18   process. And Mr. Cosby should not be granted star status in
19   the system. And I am extremely concerned about that. We, as
20   lawyers, must come to court knowing that no matter who our
21   client is, they're going to be treated like any other client.
22   And your Honor and I'm certainly saying this with all due
23   respect to the Court, there is absolutely no reason when a
24   man chooses to go public and put his defense in the
25   newspaper, why when we have decimated that defense and he has

1  admitted under oath, that he deliberately killed the story
2  that was going to show that he was not being truthful. Why
3  now we have to conduct this litigation under seal.
4       I am also concerned that Associated Press came to
5  you, tried to join in the motion for confidentiality and now
6  they have no way of knowing what's going on here. They have
7  no way of now presenting their case. You already ruled that
8  this is not confidential. Frankly, your Honor, our client
9  has three ways of vindicating herself. Settlement, trial or
10 by having the public be made aware through these motions,
11 what is going on in this court system.
12      THE COURT: Okay, well, then you'll make your
13 argument. I mean, that's the essence of the argument.
14 Nobody -- I'm not ruling on that argument. If that's the
15 argument that wins the day, that's what's going to happen.
16      MR. O'CONNOR: I think Ms. Troiani has revealed her
17 true intentions in trying this case, seeking justice three
18 ways. Through settlement, through a trial and then through
19 the newspapers. And I find that to be an outrageous
20 statement.
21      THE COURT: Okay.
22      MR. O'CONNOR: Your Honor has ruled that she will
23 have an opportunity to attempt to unseal discovery. But I've
24 been practicing law for a long time and I've never had
25 discovery in any case that I've been involved with, bandied