```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ANDREA CONSTAND | : | CIVIL ACTION |
| | : | 05-1099 |
|     Plaintiff, | : | |
| v. | : | |
| WILLIAM H. COSBY, JR. | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **1st** day of **December 2005**, upon consideration of the motion of the Associated Press to intervene and lift the seal (doc. no. 51), it is hereby **ORDERED** that:

1. The parties shall file a response to the motion by **December 19, 2005**.[1]

2. A hearing shall be held on **January 9, 2006** at **10:00 a.m.** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

                                                  **EDUARDO C. ROBRENO, J.**

---

[1] The temporary sealing order was entered in order to provide the Court with an opportunity to consider the legal issues raised by the motions to compel and to allow parties and non-parties an opportunity to object to public disclosure, if they so wish.