IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA CONSTAND | : | CIVIL ACTION |
| | : | 05-1099 |
| Plaintiff, | : | |
| v. | : | |
| WILLIAM H. COSBY, JR. | : | |
| Defendant. | : | |



### AMENDED NOTICE

**AND NOW**, this **4th** day of **January 2006**, it is hereby **ORDERED** that the hearing on **January 9, 2006** at **10:00 a.m.** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, will address the following motions:

1. Defendant's Requests to Compel (doc. no 49);
2. Plaintiff's Motion to Compel Discovery (doc. no 50);
3. Plaintiff's Motion for Sanctions (doc. no. 48);
4. Defendant's Motion to Strike (doc. no. 52);
5. Associated Press's Motion to Intervene (doc. no 51); and
6. Plaintiff's Motion to Compel the National Enquirer (doc. no 61).

**AND IT IS SO ORDERED.**

EDUARDO C. ROBREÑO, J.