# EXHIBIT C

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA CONSTAND, | : |
| Plaintiff, | : |
| v. | : No. 05-cv-1099 |
| WILLIAM H. COSBY, JR., | : |
| Defendant. | : |

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
(INTERNATIONAL LETTER OF REQUEST)

The United States District Court for the Eastern District of Pennsylvania presents its compliments to the appropriate judicial authority of Canada and requests international judicial assistance to obtain documents and testimony to be used in a civil proceeding before this Court in the above captioned matter.

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate courts in Ontario, Canada compel the following individual to produce documents and give testimony during a deposition: Jennifer Sprague, 53 Rabbit Street, Lakefield, Ontario.

**PARTIES**

The parties and their representatives in this matter are:

| Plaintiff, Andrea Constand represented by: | Defendant William H. Cosby, represented by: | |
|---|---|---|
| Bebe H. Kivitz, Esq.<br>Dolores M. Troiani, Esq.<br>TROIANI/KIVITZ LLP<br>38 Waterloo Road<br>Devon, PA 19333 | Patrick J. O'Connor, Esq.<br>George M. Gowen III, Esq.<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103 | Andrew D. Schau, Esq.<br>PATTERSON BELKNAP<br>WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 |

**FACTS AND CONCLUSIONS**

Plaintiff, Andrea Constand, brought this civil action against defendant, William H. Cosby, Jr., asserting claims of battery, sexual assault, intentional and negligent infliction of emotional distress, defamation/defamation per se and false light/invasion of privacy. Plaintiff, allegedly a Canadian citizen, alleges that she met defendant while she was employed at Temple University in Philadelphia, Pennsylvania.

The crux of plaintiff's complaint is that, while alone with defendant at defendant's Pennsylvania home in January 2004, defendant deceived plaintiff into ingesting a drug which caused her to become semi-conscious. According to plaintiff, defendant thereafter sexually assaulted her. Defendant denies plaintiff's allegations. In March 2004, plaintiff moved from Philadelphia to Ontario, Canada.

In January 2005, plaintiff reported defendant's alleged actions to the Durham, Ontario police. Plaintiff alleges that, after she spoke to police, she and her mother had telephone conversations with defendant. She further contends that after she reported defendant's alleged actions to the Durham, Ontario police, defendant and/or his authorized representatives knowingly made false statements to the media about plaintiff. The Durham Ontario police subsequently referred plaintiff's case to police in Pennsylvania. The District Attorney of Montgomery County, Pennsylvania decided not to file criminal proceedings against defendant.

In March 2005, plaintiff filed this civil action. Plaintiff alleges that defendant's conduct has caused her, among other things, "mental anguish," "post-traumatic stress disorder," "the loss of enjoyment of life's pleasures," "a set back in her education," and a "loss of earnings and earning capacity." Plaintiff seeks an award of compensatory damages plus reasonable attorneys' fees, interest, costs, punitive damages and other unspecified relief.

The parties are currently conducting discovery. To test plaintiff's allegations and prepare his defense, defendant seeks testimony and documents from several individuals and entities located in Ontario, Canada. Unable to procure these documents and testimony through domestic channels or agreement, defendant has applied to this Court for assistance. Defendant sought an international letter of request to the appropriate court in Ontario, Canada in order to obtain the documents and testimony he seeks. This court granted defendant's request and issued this letter.

In discovery, plaintiff identified Jennifer Sprague, a Canadian psychotherapist, as a person whose testimony plaintiff may use to prove her claims. Plaintiff sought counseling from Ms. Sprague both before and after the alleged attack. Ms. Sprague possesses knowledge and documents that bear upon plaintiff's allegations of injury.

This Court is of competent jurisdiction and authorizes defendant to take Jennifer Sprague's deposition for purposes of this case. The information sought is relevant and necessary as a matter of pre-trial discovery. The evidence is not otherwise obtainable. In this Court's view, the relief sought is not unduly burdensome.

**PRAYER FOR RELIEF**

This Court hereby prays that the appropriate court in Ontario compel Jennifer Sprague to participate in a deposition in Ontario. The topics the parties will cover during the deposition are: Jennifer Sprague's knowledge regarding plaintiff's injuries, her relationship with defendant, and the alleged attack, in addition to any other information Jennifer Sprague possesses that she believes or knows plaintiff to believe supports plaintiff's claims against defendant. This Court hereby further prays that the appropriate court in Ontario compel Jennifer Sprague to produce (1) any and all records in her possession concerning her counseling of plaintiff; (2) her communications with plaintiff about this suit; and (3) her communications with plaintiff's

3

counsel about this suit. Jennifer Sprague is outside the subpoena power of this or any United States court and the testimony and documents sought are not otherwise obtainable by the defendant.

## AUTHORITY

This Court has the inherent authority to issue an international letter of request. This inherent authority is recognized in the United States Federal Rule of Civil Procedure 28(b), and Title 28, Section 1781 of the United States Code.

## REIMBURSEMENT OF COSTS

This Court respectfully submits that any fees and costs endured by the appropriate court in Ontario in executing this Court's request for international judicial assistance are reimbursable. Requests for reimbursement should be sent to:

William H. Cosby c/o Patrick J. O'Connor<br>
Cozen O'Connor<br>
1900 Market Street<br>
Philadelphia, PA 19103<br>
212.665.2000

## SIGNATURE AND SEAL

Dated: _____

                                                                                                      Eduardo C. Robreno, J.<br>
                                                                                                      United States District Court<br>
                                                                                                      for the Eastern District of Pennsylvania<br>
                                                                                                      601 Market Street<br>
                                                                                                      Philadelphia, PA 19106

4