

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA CONSTAND, | : | CIVIL ACTION NO. 05-1099 -file |
| Plaintiff, | : | |
| v. | : | Judge Eduardo C. Robreno |
| WILLIAM H. COSBY, JR., | : | |
| Defendant. | : | (Original Action) |

| | | |
|---|---|---|
| ANDREA CONSTAND, | : | CIVIL ACTION NO. 06-483 -y |
| Plaintiff, | : | |
| v. | : | Judge Eduardo C. Robreno |
| MARTIN D. SINGER et al., | : | (Consolidated for Discovery) |
| Defendants. | : | |

FILED

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## STIPULATION OF CONFIDENTIALITY

WHEREAS the Court in the original action, *Constand v. Cosby*, Civ. A. No. 05-1099, issued a case management order preserving the confidentiality of certain discovery materials;

WHEREAS the Court consolidated the original action with the second-filed action, *Constand v. Singer et al.*, Civ. A. No. 06-483, for purposes of discovery;

WHEREAS Defendants in the second-filed action, Martin Singer and The National Enquirer, require access to the confidential discovery taken and exchanged in the original action;

IT IS HEREBY STIPULATED and AGREED as follows:

1. The parties in the original action shall make available all discovery taken and exchanged in the original action to the Defendants in the second-filed action, Martin Singer and The National Enquirer, in a mutually convenient manner;

2. The Defendants in the second-filed action, Martin Singer and The National Enquirer, shall maintain and preserve the confidentiality of the discovery they receive and abide by the terms of Court's original order governing confidentiality of the discovery materials; and

3. This Stipulation is made by Plaintiff without prejudice to her right to continue to oppose the confidentiality order.

By the Parties:

_____
Dolores M. Troiani
Bebe H. Kivitz
Troiani/Kivitz LLP
38 N. Waterloo Road
Devon, PA 19333

*Attorneys for Plaintiff Andrea Constand*

_____
Patrick J. O'Connor
George M. Gowen, III
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Andrew D. Schau
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036

*Attorneys for Defendant William H. Cosby, Jr.*

_____
Nancy J. Gellman
Conrad O'Brien Gellman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102

*Attorneys for Defendant Martin Singer*

_____
Paul D. Weller
Jennifer B. Jordan
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

*Attorneys for Defendant The National Enquirer*

mailed
7·14·06
See attached

IT IS SO ORDERED.

DATED: July 12, 2006

By the Court:

_____, MJ
Thomas J. Rueter
United States District Court