96

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
------------------------------------------------- X
ANDREA CONSTAND,

                Plaintiff, :    No. 05-cv-1099

v.

WILLIAM H. COSBY, JR.,

                Defendant.:
------------------------------------------------- X

FILED
NOV 08 2006
MICHELLE E. KUNZ, Clerk
By _____ Dep. Clerk

## STIPULATION AND ORDER

Pursuant to Local Rule of Civil Procedure 41.1(b), and the stipulation of counsel reflected below, it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE, without costs.

AND IT IS SO ORDERED.

Dated: 11/08, 2006

_____
EDUARDO C. ROBRENO, J.

_____
Patrick J. O'Connor
George M. Gowen III
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Defendant
William H. Cosby, Jr.*

_____
Bebe H. Kivitz
Dolores M. Troiani
TROIANI/KIVITZ, L.L.P.
38 North Waterloo Road
Devon, Pennsylvania 19333

*Attorneys for Plaintiff Andrea Constand*