
**COZEN
O'CONNOR**

March 10, 2015

**George M. Gowen**
Direct Phone   215-665-2781
Direct Fax      215-989-4174
ggowen@cozen.com

**VIA HAND DELIVERY**

Michael A. Kunz, Esquire
Clerk of Court - USDC/EDPA
U.S. District Court - Eastern District of PA
James A. Byrne  Courthouse
601 Market Street
Philadelphia, PA  19106-1797

RECEIVED
MAR 1 1 2015
By _____

Re:   *Constand v. Cosby*
        Civil Action No.: 05-cv-01099-ER

Dear Mr. Kunz:

Our firm represents William H. Cosby, Jr. in this matter.  We received the Court's January 12, 2015 notice of the potential unsealing of certain discovery motions, pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure.  Mr. Cosby hereby provides notice that he does object to the unsealing of the documents at issue.  Given his objection, we understand that the matter will be determined by the Court, in accordance with the Local Rule 5.1.5.  This is a complex matter, involving important and legitimate privacy issues, and is governed by *Leucadia, Inc. v. Applied Extrusion Technologies, Inc.*, 998 F.2d 157 (3d Cir. 1993).  Mr. Cosby requests that the Court provide a briefing schedule, so that he and any other interested parties may be heard.

Respectfully,

COZEN O'CONNOR

By:     George M. Gowen

GMG/laa

cc *(via e-mail)*:        Bebe H. Kivitz, Esq. (bkivitz@jskhlaw.com)
                                 Ann C. Lebowitz, Esq. (acl@alebowitz.com)
                                 Dolores M. Trioiani, Esq. (dmt@tglawoffice.com)
                                 Jennifer B. Jordan, Esq. (jjordan@morganlewis.com)
                                 Paul D. Weller, Esq. (pweller@morganlewis.com)
                                 B. Joyce Thompson Dale, Esq. (delcowarjd@aol.com)
                                 Patrick J. O'Connor, Esq. (poconnor@cozen.com)