```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ANDREA CONSTAND,                      :
                                      :    CIVIL ACTION
          Plaintiff,                  :    NO. 05-1099
                                      :
     v.                               :
                                      :
WILLIAM H. COSBY, JR.,                :
                                      :
          Defendant.                  :
```

**O R D E R**

**AND NOW**, this **6th** day of **July, 2015**, for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

(1) The Associated Press's motion to intervene and obtain access to documents filed under seal (ECF No. 99) is **GRANTED**;[1]

(2) **The Clerk of Court shall LIFT the seal on the following documents: ECF Nos. 48, 49, 50, 52, 54, 55, 57, 58, 60, 61, 63, 64, 65, 66, 67, 68;**

(3) The motion to admit Joseph Cammarata, Esq., as counsel pro hac vice for proposed Intervenors Green, Serignese, and Traitz (ECF No. 104) is **GRANTED**; and

---

[1] Per the Court's June 18, 2015, Order (ECF No, 100), the letter from the Associated Press (ECF No. 99) is construed as a motion to intervene and obtain access to documents filed under seal.

(4)   The Motion of Tamara Green, Therese Serignese, and Linda Traitz to Intervene and Late-File Memorandum in Support of Lifting Seal (ECF No. 103) is **DENIED as moot.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**