Exhibit "A"

THE WEEK        **SUBSCRIBE**

# Bill Cosby's attorney lambastes 'decade-old, discredited allegations' of rape

November 16, 2014



Ethan Miller / Getty Images

Bill Cosby's camp is responding to the renewed public attention to the allegations of rape that have been leveled against the legendary entertainer, with a statement released on Sunday by his attorney.

"Over the last several weeks, decade-old,

discredited allegations against Mr. Cosby have resurfaced. The fact that they are being repeated does not make them true. Mr. Cosby does not intend to dignify these allegations with any comment. He would like to thank all his fans for the outpouring of support and assure them that, at age 77, he is doing his best work. There will be no further statement from Mr. Cosby or any of his representatives." [John P. Schmitt, lawyer for Bill Cosby]

Multiple women have accused Cosby of sexual assault over the years, though the comedian has never been convicted of any charge. The assertions have come back into the public eye in recent months, helped in part by comedian Hannibal Buress publicly incorporating them into a stand-up routine.

Last week, former aspiring actress Barbara Bowman wrote a special piece in *The Washington Post* restating her past allegations against Cosby.

In the last few days, a planned appearance by Cosby on CBS' *Late Show with David Letterman* was abruptly canceled, without a public explanation. —*Eric Kleefeld*

**IN A GALAXY FAR, FAR AWAY**

## The next *Star Wars* spin-off movie will be a Han Solo origin story

4:13 p.m. ET



Ethan Miller/Getty Images

That galaxy far, far away just keeps getting more crowded. According to *The Hollywood Reporter*, Disney has yet another expansion of the

Exhibit "B"

# TROIANI & GIBNEY, L.L.P.
### ATTORNEYS AT LAW

DOLORES M. TROIANI, ESQUIRE
dmt@tglawoffice.com

131 LANCASTER AVENUE
DEVON, PA 19333

(610) 688-8400
FAX (610) 688-8426

KIMBERLY C. GIBNEY, ESQUIRE
kcg@tglawoffice.com

November 17, 2014

John P. Schmitt, Esquire
Patterson Bleknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

RE: Constand v. Cosby, et al

Dear John:

We consider your statement that the allegations against your client William Cosby were "discredited" to be a violation of the confidentiality provisions of the Settlement Agreement in the above captioned matter. It was agreed that neither Cosby nor his undersigned counsel would disclose any defenses or make any public appearances or interviews about the information in 14(A) of the agreement which includes not only Ms. Constand's allegations but also the allegations made by others.

Ms. Constand has turned down all requests for interviews and statements. Every time the allegations are mentioned, Ms. Constand's name is also mentioned. Although I did not see it, my assistant tells me that the first page of the Complaint was shown on GMA. The Philadelphia Inquirer clearly linked your statement to my client. In fact, all of the reports about your statement link it to my client.

We demand a retraction or we will contact Judge Rueter. We believe we are entitled to issue a statement in fair response which clarifies that Ms. Constand's allegations were not discredited but rather were resolved to her satisfaction.

Please call me at your earliest convenience.

Very truly yours,

Dolores M. Troiani

cc: Andrea Constand
VIA ELECTRONIC MAIL



+ ADD ACESHOWBIZ TO FAVORITE

NEWS    MOVIE    TV    CELEBRITY    MUSIC    INTERVIEWS    VIDEO    DVD    PHOTO GALLERY    CONTEST    FUN STUFF

Celebrity News    Movie News    TV News    Music News

SEARCH

**WHAT'S HOT?**
KISS' Paul Stanley Slams Kim
Kardashian Over Her Rolling Stone
Cover

Home > News > Celebrity Gossip

# Bill Cosby Clarifies Statement on Rape Accusations

November 18, 2014 04:04:53 GMT

*Bill's lawyer says in a subsequent statement that his client's denials do not refer to Andrea Constand, the accuser whose civil lawsuit against the comedian was settled in 2006.*



Google +     MOBILE

Bill Cosby's lawyer has clarified his client's statement on the sexual abuse allegations. A new statement, released on Monday, November 17 on Bill's website, said that Bill's denials did not refer to Andrea Constand, the accuser whose civil lawsuit against the comedian was settled in 2006.

"Joint statement from Dolores Troiani, counsel to Andrea Constand, and John P. Schmitt, counsel to Bill Cosby," the statement read, "The statement released by Mr. Cosby's attorney over the weekend was not intended to refer in any way to Andrea Constand. As previously reported, differences between Mr. Cosby and Ms. Constand were resolved to the mutual satisfaction of Mr. Cosby and Ms. Constand years ago."

The statement concluded, "Neither Mr. Cosby nor Ms. Constand intends to comment further on the matter."

A previous statement issued by John on Sunday referred to "decade-old, discredited allegations" against Bill. John said, "The fact that [the allegations] are being repeated does not make them true," before adding that his client wouldn't address the allegations.

Later on that day, a new rape accuser named Joan Tarshis went forward with details of the alleged sexual assault. Joan claimed in her essay penned for Hollywood Elsewhere that Bill drugged and raped her twice when she was 19.

Last week, another alleged victim of Bill named Barbara Bowman also went public with her op-ed penned for Washington Post. She alleged the 77-year-old comedian drugged and raped her in 1980s.

© AceShowbiz.com



  

**IN FOCUS**



**Stars Mourn Legendary Producer Jerry Weintraub's Death**

Exhibit "C"

# Bill Cosby Says He Won't Answer To 'Innuendos'

**The Huffington Post** | By Erin Whitney

Posted: 11/22/2014 1:14 pm EST   |   Updated: 11/23/2014 12:59 pm EST



Before Bill Cosby took the stage at a sold-out theater in Melbourne, Florida on Friday night, he broke his silence on the recent sexual assault allegations.

While speaking with Florida Today, the 77-year-old comedian addressed the claims and revealed his reason for silence. "I know people are tired of me not saying anything, but a guy doesn't have to answer to innuendos," Cosby told the publication. "People should fact check. People shouldn't have to go through that and shouldn't answer to innuendos."

In addition to the Florida Today interview, Cosby's lawyer, Marty Singer, released a statement to ABC News on Friday about his client:

> "This situation is an unprecedented example of the media's breakneck rush to run stories without any corroboration or adherence to traditional journalistic standards. Over and over again, we have refuted these new unsubstantiated stories with documentary evidence, only to have a new uncorroborated story crop up out of the woodwork. When will it end?"

Cosby has previously refused to answer questions regarding allegations that he sexually assaulted several women. In an interview with NPR's Scott Simon broadcast on Nov. 15, Cosby shook his head and remained silent when asked to respond to the claims. Cosby also refused to respond to the AP's Brett Zongker regarding the allegations, saying, "No, no, we don't answer that." He later requested, still on the record, that the AP interview be "scuttled."

For more from Cosby, head to Florida Today. Singer's full statement is available at ABC.

MORE: Bill Cosby  Bill Cosby Silence  Bill Cosby Allegations  Bill Cosby Sexual Assault  Bill Cosby Rape  Bill Cosby Rape Allegations  Bill Cosby Accusations  Bill Cosby Florida  Bill Cosby Sexual Assault Allegations  Bill Cosby Controversy  Bill Cosby Npr  Bill Cosby Florida Show

## Conversations

**33 comments**                                                    Add a comment



**Denise Plante Terry** · Broad Brook, Connecticut
If only it were just "innuendo"! It seems Mr. Cosby needs to buy a dictionary. "Innuendos" are "oblique comments, hints, or suggestions - usually derogatory". None of the twelve women that have spoken up recently are "hinting" or "suggesting" that Cosby did anything violent, sexual, and inappropriate; they are stating it clearly.
Reply · Like ·   27 · November 22, 2014 at 11:02am



**Arnie Sweepopolis** ·   Top Commenter
Legal experts at CNN, AP, etc. have said that Cosby more than likely must

Exhibit "D"

CBS News  /  CBS Evening News  /  CBS This Morning  /  48 Hours  /  60 Minutes  /  Sunday Morning  /  Face The Nation  /  CBSN        Log In    Search

        Video | US | World | Politics | Entertainment | Health | MoneyWatch | SciTech | Crime | Sports | Photos | More |

Trending Videos                                    **CBSN LIVE »**



*CBS Evening News*
Patients confront
doctor who falsely
diagnosed the...



*CBS Evening News*
2 dead in crash
between F-16,
Cessna



*CBS Evening News*
Heat linked to deadly
collapse of ice cave



*CBS Evening News*
Cosby accuser says


THE BOLD NEW CAMRY    TOYOTA
EXPLORE CAMRY
Prototype shown with options. Production model will vary.

CBS/AP / *November 20, 2014, 12:08 AM*

# Bill Cosby on sexual assault allegations: "I don't talk about it"

**112** Comments  /  **1.2K** Shares  /   Tweets  /   Stumble  /   Email        More +

*Last Updated Nov 20, 2014 7:58 AM EST*

**NEW YORK --**The first video has surfaced of comedian Bill Cosby responding to a growing number of sexual assault allegations.

The Associated Press released footage Wednesday night from an interview it conducted with Cosby on Nov. 6, when the comedian was promoting an exhibit of artwork he and his wife had lent to the Smithsonian Institution. The video was first published by Time Magazine.

At the time, the story involved long-circulated accusations from several women and recent criticism from comedian Hannibal Buress. Cosby declined to comment, saying "We don't answer that."

"And I'll tell you why," Cosby said. "I think you were told... and I don't want to compromise your integrity, but we don't, I don't talk about it."



*Play* **VIDEO**
**More fallout from Bill**

After his initial refusal to comment -- as the interview was winding down but with the camera still running and Cosby wearing a lapel microphone -- the comedian asked the AP to not use the brief on-camera refusal to comment he had just made about the allegations.

"Of what value will it have? And I would appreciate it if it was scuttled," Cosby told the

Most Popular

01  Trump: I didn't expect backlash
    to be "this severe"
    708035 *views*

02  Subway's Jared Fogle
    suspected in child porn case
    243450 *views*

03  5 things identity thieves don't
    want you to know
    89646 *views*

04  Math error at Museum of
    Science caught by 15-year-old
    61238 *views*

05  Captured killer tells cops of
    close calls on the lam
    56218 *views*

Watch CBSN Live



**Watch CBS News Live**

**Cosby rape allegations**

reporter. "I think if you want to consider yourself to be serious, that it will not appear anywhere."

Cosby added, "And we thought, by the way, that since it was AP it wouldn't be necessary to go over that question with you... We thought the AP had the integrity to not ask."

The AP said the interview was on the record and that it had made no agreement to avoid questions about the allegations or to withhold publishing any of his comments at any time.



*Play* **VIDEO**

**Model claims Bill Cosby sexually assaulted her in 1982**

Since the interview was taped, five women have come forward publicly to accuse him of sexual assault. Netflix, TV Land and NBC have cut ties with Cosby and an appearance on "The Late Show With David Letterman" has been canceled.

As the allegations gained increasing attention, the AP said it went back through the full video of the Nov. 6 interview and decided to publish Cosby's full reaction to questions about the claims.

The scandal, which involves allegations that were widely reported on a decade ago as well as new accusations, has gravely damaged the 77-year-old comedian's reputation as America's TV dad just as he was launching a comeback.

Cosby has never been charged in connection with any of the allegations, which his attorney strongly denies.

Former Pennsylvania prosecutor Bruce L. Castor Jr., who investigated a woman's claims that Cosby had sexually assaulted her in 2004, said Wednesday he decided not to prosecute because he felt there was not enough evidence to get a conviction.

© 2014 CBS Interactive Inc. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed. The Associated Press contributed to this report.

*112* Comments / *1.2K* Shares / Tweets / Stumble / Email                     More +

## Recommended

Child Prodigy, 14, Commits Suicide

Mom denied food stamps shoots kids, kills self

THE ALL NEW
CBS Ne...
Get the App

*Fully redesigned. Featuring CBSN. 24/7 live news.*

Learn more          Powered by          for you

id Takes CVS

### Featured in U.S.          Popular



**Carli Lloyd celebrates "epic"**

Watch CBS News anytime, anywhere with the new 24/7 digital news network. Stream CBSN live or on demand for FREE on your TV, computer, tablet, or smartphone.

Watch Now



# Credit Pre-Approval

Your New Car Is Only Seconds Away! Easily Apply For Financing Here.

*play* **VIDEO**

**Inside Qardaha: Bashar al-Assad's hometown**

### Most Shared

 Trump: I didn't expect backlash to be "this severe"

 Subway's Jared Fogle suspected in child porn case

 Nicholas Winton, known as "Britain's Schindler," dies at 106

 Math error at Museum of Science caught by 15-year-old

 Feds: San Francisco pier shooting suspect deported 5 times

Exhibit "E"

# RE: Pat O'Connor's interview with the NY Times

Konopka, Joann <JKonopka@cozen.com> on behalf of
O'Connor, Patrick <POConnor@cozen.com>

Mon 12/8/2014 2:06 PM

To:Bebe Kivitz <bkivitz@jskhlaw.onmicrosoft.com>;

Can you send me the article. I never discussed the Constand case.

**From:** Bebe Kivitz [mailto:bkivitz@jskhlaw.onmicrosoft.com]
**Sent:** Monday, December 08, 2014 12:52 PM
**To:** O'Connor, Patrick
**Subject:** Fw: Pat O'Connor's interview with the NY Times

Pat, this did not go through the first time. Bebe

Bebe H. Kivitz, Esquire

Jacobs Kivitz & Drake LLC

1525 Locust Street

12th Floor

Philadelphia, PA 19102

Phone No. 215-732-2656

Fax No. 215-600-3534

bkivitz@jskhlaw.com

The contents of this e-mail message and its attachments are intended solely for the intended recipient, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorney(s) and their client(s). If you are not the intended recipient, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

**From:** Bebe Kivitz
**Sent:** Monday, December 08, 2014 12:50 PM
**To:** jpschmitt@pbwt.com; poconnor@cozen.c
**Cc:** dmt@tglawoffice.com
**Subject:** Pat O'Connor's interview with the NY Times

Jack, Pat, I also represent Andrea currently, and you can note my firm information below. Pat's statements were reported earlier today by the New York Times. In addition to raising the issues

of consent and innocence ("wow"), the statements to the press also appear to constitute an interview in violation of Section 14B. of the settlement agreement. Bebe

Bebe H. Kivitz, Esquire
Jacobs Kivitz & Drake LLC
1525 Locust Street
12th Floor
Philadelphia, PA 19102
Phone No. 215-732-2656
Fax No. 215-600-3534
bkivitz@jskhlaw.com

The contents of this e-mail message and its attachments are intended solely for the intended recipient, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorney(s) and their client(s). If you are not the intended recipient, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.



U.S.

# Philadelphia Laments Bill Cosby's Now-Tarnished Image

By TRIP GABRIEL    DEC. 7, 2014

PHILADELPHIA — It was seven weeks ago that a stand-up comic named Hannibal Buress ripped into a local icon at the Trocadero Theater here, calling Bill Cosby a "rapist" and setting in motion a cascade of ugly allegations that threaten to undermine an image Mr. Cosby built over decades.

Nowhere has the precipitous fall of Mr. Cosby been more acutely felt than in Philadelphia, where he was a cherished native son who shot to fame spinning humorous tales of a childhood in public housing. He became a philanthropist and cheerleader for his hometown, not least through the Temple sweatshirts that he wore onstage and on "The Cosby Show" and that put his alma mater on the map.

As recently as Veterans Day, Mayor Michael A. Nutter acknowledged Mr. Cosby at a ceremony on the Benjamin Franklin Parkway, saying, "Thank you, sir, for everything."

But as more than 15 women have publicly accused the comedian of assault, often after drugging them, his hometown has plunged into a re-examination of his life and ties to the city. It is a process painful and sad, as residents try to square the image of Mr. Cosby as a beloved father figure,

extolling on TV and in books the value of education and intact African-American families, with allegations of his sexual violence toward women going back five decades.

Last Monday, Mr. Cosby resigned from the board of Temple University amid a pressure campaign by students and alumni.

He was the face of the school nationwide, speaking at graduations, and as recently as at the freshman convocation in August.

On campus, students were largely relieved that he had stepped down. "A lot of people don't want him here," said Adaisah Johnson, 19, a sophomore from Freehold, N.J.

Another sophomore, Eva Arce, 20, from North Philadelphia like Mr. Cosby, recalled him as "a cool dad figure" from her childhood, and regretted his fall from that pedestal.

"It's kind of sad knowing one of the major Philly icons is not going to be up there anymore and will be looked at in a bad light," she said.

Cindy Bass, a City Council member who grew up in North Philadelphia and attended Temple, credited Mr. Cosby with bringing national recognition to the 37,000-student university, a haven for poor and working-class students.

"But it is important to note that I know Cliff Huxtable, the family man who was welcomed into my living room every Thursday night. I don't know Bill Cosby," she said in a written statement.

She said Mr. Cosby's resignation should spur the university to re-examine the issue of sexual assault. Temple was one of 55 colleges named as targets of a federal investigation this year for mishandling complaints of sexual violence. Women "are ashamed about what took place and terrified of the potential for public humiliation" if they report assaults, Ms. Bass said.

A growing national awareness of the issue, echoed in cases in the military and on campuses, seems to explain part of why the allegations against Mr. Cosby, first made more than a decade ago, have resurfaced with such force.

None of the earlier accounts led to criminal charges. A suit filed by a Temple athletic department administrator against Mr. Cosby in 2005 was settled out of court. The matter largely faded, but after Mr. Buress's anti-Cosby

rant in Philadelphia on Oct. 16 ("You leave here and Google 'Bill Cosby rape.' It's not funny," he said.) the issue went viral on social media and burst back to life.

On Tuesday, Mr. Cosby was sued for a second time, by a California woman, Judy Huth, who claimed he molested her in the Playboy Mansion in Los Angeles in 1974 when she was 15. The Los Angeles police are investigating.

On Wednesday, two women who had not previously spoken out appeared at a news conference in Los Angeles to accuse Mr. Cosby, including one who said the comedian invited her to his hotel room in Las Vegas in 1986, drugged her and sexually assaulted her.

Last month, Mr. Cosby's lawyer posted a statement — since removed — on the comedian's website that said Mr. Cosby would not "dignify these allegations with any comment."

On Twitter, Mr. Cosby last week thanked two celebrities for supporting him, Whoopi Goldberg and the singer Jill Scott, a Philadelphia native, who wrote on Twitter that the accusations had not been proved, adding, "This is insane."

But mostly, as accusers have continued to come forward and universities, television networks and even the Navy cut ties with Mr. Cosby, his prominent hometown defenders have fallen silent. Both the mayor and Representative Chaka Fattah of North Philadelphia, who in November called for a "Bill Cosby Month," declined to comment last week.

As the University of Massachusetts and High Point University in North Carolina ended relationships with Mr. Cosby, Temple, where he had been on the board since 1982, resisted.

An online petition started by an alumnus gathered hundreds of signatures calling on the college to cut ties, and the opinion editor of The Temple News, the student paper, demanded that the administration "stop deifying" Mr. Cosby.

Last Monday, trustees were holding a conference call to discuss Mr. Cosby when he independently phoned Patrick O'Connor, the chairman of the board, to say he would resign, Mr. O'Connor said.

"It is sad for Temple and sad for Bill," he said.

Mr. O'Connor, a lawyer, defended Mr. Cosby in the 2005 suit brought by the former administrator of the Temple women's basketball team, Andrea Constand. She accused him of giving her pills during a visit to his home in Cheltenham, a Philadelphia suburb, and of touching her breasts and genitals against her wishes.

Mr. O'Connor said the terms of the settlement prevent him from stating an opinion of Mr. Cosby's guilt or innocence. "If this conduct is true, Bill Cosby has major issues," he said. "Bill's got to live with that. But maybe, if he's innocent and the relations were consensual — wow."

On Broad Street in North Philadelphia, a mural depicts Mr. Cosby in a loose purple sweater, his trademark look from "The Cosby Show."

On the hit 1980s series, he was Cliff Huxtable, the wise head of an affluent black family in which both parents were professionals. Off the air, Mr. Cosby urged black parents to teach the importance of education and hard work, and he criticized pop culture's glorification of sex and drugs.

The mural, painted to mark Father's Day, places Mr. Cosby between Desmond Tutu and Nelson Mandela.

Passing by, Malik Evans, 29, a barber, said he was skeptical of the accusations. He suggested Mr. Cosby's accusers were looking for a piece of his fortune. "Personally, I don't believe the girls," he said.

Nicole Cooper, 33, who works as an assistant at a nearby laundry, said that with so many accusers telling similar stories, she found them credible. "You can't just say he didn't do it because he was Cliff Huxtable," she said.

She recalled Mr. Cosby walking the neighborhood during a street festival a couple of years ago, eagerly and enthusiastically hailed.

"Everybody's looking at things a little differently now," she said, "I think he let a lot of people down."

## Correction: December 8, 2014

*A picture caption with an earlier version of this article misidentified the individual to the right of Bill Cosby on a mural in North Philadelphia. He is the*

*Rev. Paul Washington, an Episcopal priest and community activist, not Desmond Tutu.*

A version of this article appears in print on December 8, 2014, on page A13 of the New York edition with the headline: Philadelphia Laments Native Son Cosby's Now-Tarnished Image.

© 2014 The New York Times Company

Exhibit "F"

NOT NOW ✖

**Get the Today's Headlines Newsletter**

Free daily updates delivered just for you.

Style Blog

# Camille Cosby breaks her silence, compares allegations against her husband to Rolling Stone's campus rape story

**By Elahe Izadi**  December 15, 2014

In her first public comments since an avalanche of negative stories about her husband began, Camille Cosby criticized the media for publishing rape allegations against Bill Cosby without "vetting" his accusers — and she compared the news coverage of those allegations to Rolling Stone's explosive story about campus rape.

The University of Virginia "story was heart-breaking, but ultimately appears to be proved to be untrue. Many in the media were quick to link that story to stories about my husband — until that story unwound," Camille Cosby said in a statement, which was first reported by CBS News and then ABC News. "None of us will ever want to be in the position of attacking a victim. But the question should be asked — who is the victim?"

Rolling Stone's story about campus rape at U-Va. sparked widespread rage and calls for action by the school's administrators. But reporting by The Washington Post cast new doubt on the narrative of a brutal gang rape, and Rolling Stone has since apologized for the story, which it is now re-reporting.

Camille Cosby also said the media has "given a pass" to those accusing her husband of rape and other forms of sexual assault.

The Washington Post reported on the allegations last month in a front-page story, less than two weeks after publishing this first-person essay by Barbara Bowman: "Bill Cosby raped me. Why did it take 30 years for people to believe my story?"

Here is Camille Cosby's full statement:

I met my husband, Bill Cosby, in 1963, and we were married in 1964. The man I met, and fell in love

with, and whom I continue to love, is the man you all knew through his work. He is a kind man, a generous man, a funny man, and a wonderful husband, father and friend. He is the man you thought you knew.

A different man has been portrayed in the media over the last two months. It is the portrait of a man I do not know. It is also a portrait painted by individuals and organizations whom many in the media have given a pass. There appears to be no vetting of my husband's accusers before stories are published or aired. An accusation is published, and immediately goes viral.

We all followed the story of the article in the "Rolling Stone" concerning allegations of rape at the University of Virginia. The story was heart-breaking, but ultimately appears to be proved to be untrue. Many in the media were quick to link that story to stories about my husband – until that story unwound.

None of us will ever want to be in the position of attacking a victim. But the question should be asked – who is the victim?

Atlanta's Spelman College on Sunday suspended an academic chair named after the Cosbys in honor of their $20 million endowment — the single largest donation to a historically black college.

Bill Cosby was asked over the weekend how his wife of 50 years was handling the wave of allegations, which have led to projects being canceled and numerous institutions distancing themselves from the comedian. Cosby told the New York Post: "Love and the strength of womanhood. Let me say it again, love and the strength of womanhood. And, you could reverse it, the strength of womanhood and love."

Elahe Izadi is a general assignment national reporter for The Washington Post.

Exhibit "G"

**Dolores M. Troiani**

| | |
|---|---|
| **From:** | Rahmanzadeh, Shahriar <Shahriar.Rahmanzadeh@abc.com> |
| **Sent:** | Tuesday, July 07, 2015 9:17 AM |
| **To:** | dmt@tglawoffice.com |
| **Subject:** | Comment from Cosby's Camp |

Hi Dolores - was only a statement. Here it is below. Cell is the best way to reach me **917.554.1115.** Thanks.

"The only reason Mr. Cosby settled was because it would have been embarrassing in those days to put all those women on the stand and his family had no clue. That would have been very hurtful."

Shah Rahmanzadeh
ABC News, *Good Morning America*
office 212.456.2309
cell    917.554.1115