**COLLIER LAW, P.C.**
BY:   **JOYCE COLLIER, ESQ.** (ID No. 54324)
709 Bethlehem Pike, Unit E
Erdenheim, PA  19038
(267) 422-6174
*Attorney for Witnesses Beth Ferrier and Rebecca Cooper*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREA CONSTAND** : | |
| Plaintiff : | |
| : | CIVIL ACTION NO.  05-cv-1099 |
| v. : | |
| **WILLIAM H. COSBY, JR.** : | |
| Defendant. : | |

### SUBSTITUTION OF COUNSEL FOR JANE DOE WITNESS NO. 5 AND NO. 11

Kindly enter the Appearance of Joyce L. Collier, Esquire for Jane Doe Witness Number 5, Beth Ferrier and Jane Doe Witness Number 11, Rebecca Cooper, aka Rebecca Neal. A previous docket entry for all Jane Doe Witnesses is contained at Docket Number 33. Ms. Ferrier was previously represented by B. Joyce Dale.  Ms. Rebecca Cooper was previously represented by Judith F. Rubino.

Respectfully submitted,

Dated: July 13, 2015

Joyce L. Collier
*Attorney for Jane Doe Witnesses 5 and 11*
*Beth Ferrier and Rebecca Cooper*

**COLLIER LAW, P.C.**
BY: **JOYCE COLLIER, ESQ.** (ID No. 54324)
709 Bethlehem Pike, Unit E
Erdenheim, PA 19038
(267) 422-6174
*Attorney for Beth Ferrier and Rebecca Cooper aka Rebecca Neal*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREA CONSTAND** : | |
| Plaintiff : | |
| : | CIVIL ACTION NO. 05-cv-1099 |
| v. : | |
| **WILLIAM H. COSBY, JR.** : | |
| Defendant. : | |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the Substitution of Counsel for Jane Doe Witness No. 5 and 11 were mailed today with postage prepaid and/or served electronically via ECF to:

Bebe Kivitz
Jacobs Kivitz & Drake LLC
1525 Locust Street
12th Floor
Philadelphia, PA 19102

Nancy J. Gellman
Conrad O'Brien
1500 Market Street, Suite 3900
Centre Square West Tower
Philadelphia, PA 19102

George M. Gowen, III
Patrick J. O'Connor
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Jennifer B. Jordan
Paul D. Weller
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Ann C. Lebowitz
200 South Broad Street
Suite 600
Philadelphia, PA 19102
Gayle Chatilo Sproul
Levine Sullivan Koch & Schulz LLP

Andrew D. Schau
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
Dolores Troiani
Troiani & Gibney LLP

    1760 Market Street, Suite 1001        1171 Lancaster Avenue, Suite 101
    Philadelphia, PA  19103                 Berwyn, PA  19312

and were served via first-class mail upon:

    B. Joyce Thompson Dale              Judith Rubino
    204 South Avenue                     1528 J.F.K. Blvd. Suite 1204
    Media, PA  19063                     Philadelphia, PA 19102

                                                            By: _____
                                                               Joyce L. Collier, Esq.
                                                               *Attorney for Plaintiffs*

Date: July 13, 2015