COLLIER LAW, P.C.
BY:     JOYCE COLLIER, ESQ. (ID No. 54324)
709 Bethlehem Pike, Unit E
Erdenheim, PA  19038
(267) 422-6174
*Attorney for Witnesses Beth Ferrier and Rebecca Cooper*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA CONSTAND : | |
| : | |
| Plaintiff : | |
| : | CIVIL ACTION NO. 05-cv-1099 |
| v. : | |
| : | |
| WILLIAM H. COSBY, JR. : | |
| : | |
| Defendant. : | |

---

### MOTION FOR LEAVE TO FILE MEMORANDA IN SUPPORT OF PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF AND OTHER SANCTIONS FOR VIOLATIONS OF CONFIDENTIAL SETTLEMENT AGREEMENT AND MOTION TO STRIKE FOOTNOTE 5 IN DEFENDANT'S BRIEF FILED AT DOCUMENT NUMBER 102

Beth Ferrier and Rebecca Cooper (a.k.a. "Rebecca Neal") hereby move this Court for leave to file the attached memoranda in support of Plaintiff Andrea Constand's Motion for Injunctive Relief and Other Sanctions for Violations of Confidential Settlement Agreement and Motion to Strike Footnote 5 in Defendant's Brief Filed at Document Number 102.  Ms. Ferrier and Ms. Cooper's Memoranda are attached as Exhibits 1 and 2, respectively.

Respectfully submitted,

COLLIER LAW, P.C.

BY: _____
       Joyce L. Collier, Esquire

       Attorney for Jane Doe Witness Number 5, Beth Ferrier, and Jane Doe Witness Number 11, Rebecca Cooper (a.k.a. "Rebecca Neal")

**EXHIBIT 1**

COLLIER LAW, P.C.
BY:   JOYCE COLLIER, ESQ. (ID No. 54324)
709 Bethlehem Pike, Unit E
Erdenheim, PA  19038
(267) 422-6174
*Attorney for Witnesses Beth Ferrier and Rebecca Cooper*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA CONSTAND | : |
|  Plaintiff | : |
| v. | : CIVIL ACTION NO.  05-cv-1099 |
| WILLIAM H. COSBY, JR. | : |
|  Defendant. | : |

**JANE DOE WITNESS NUMBER 5, BETH FERRIER'S, MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF AND OTHER SANCTIONS FOR VIOLATIONS OF CONFIDENTIAL SETTLEMENT AGREEMENT AND MOTION TO STRIKE FOOTNOTE 5 IN DEFENDANT'S <u>BRIEF FILED AT DOCUMENT NUMBER 102</u>**

Jane Doe Witness Number 5, Beth Ferrier, files this Memorandum in Support of Plaintiff's Motion for Injunctive Relief and Other Sanctions (the "Motion") to notify the Court that she supports Plaintiff's Motion to the extent that it requests to unseal the complete deposition transcripts of Defendant's deposition.  Ms. Ferrier is a witness in the instant lawsuit pursuant to Federal Rule of Evidence 415.

On July 8, 2015, Plaintiff Andrea Constand filed her Motion seeking to, amongst other things, unseal and release the entirety of the deposition transcripts of Defendant in this lawsuit.  Ms. Ferrier supports the full disclosure of the deposition transcripts because Defendant made statements regarding her in the partial transcript (contained in Docket

Number 48) made public by the Court's order of July 6, 2015. The partial transcript includes:

- Defendant's denial that he sexually assaulted Ms. Ferrier (Dkt. 48, pp. 26-27);

- Defendant's suggestion that a newspaper story about his sexual assault of Ms. Ferrier was merely a "sorrow story" (Dkt. 48, pp. 28-29); and

- Defendant's admission that he gave the National Enquirer an exclusive interview in order to prevent it from publishing Ms. Ferrier-Till's story of Defendant's sexual assault of her. (Dkt. 48, p. 40).

Unsealing Defendant's complete deposition transcript will allow Ms. Ferrier to understand and, therefore, defend against Defendant's statements against her.

Additionally, as described in Plaintiff's Motion, Defendant Cosby has made multiple public statements claiming that women who have accused him of sexual assault have been "discredited" and that the allegations are merely "innuendo." Defendant's statements not only violate the confidential settlement agreement, but also harm and demean the Jane Doe witnesses who bravely came forward in the proceedings to share their experiences of sexual assault. Unsealing the complete deposition transcripts of Defendant's deposition will allow Plaintiff and other Jane Doe witnesses to defend themselves from Defendant's despicable attempts to discredit them. They need the entire deposition to be released so that they can defend themselves with the whole truth – not just select passages of the transcript as have been released.

Like Plaintiff, Ms. Ferrier is a victim of malicious statements made by Mr. Cosby, his lawyers, and his public relations staff. Ms. Ferrier therefore respectfully asks that the

Court grant Plaintiff's Motion to the extent it asks for the unsealing and release of the entire deposition transcript of Defendant.

        Respectfully submitted,

        COLLIER LAW, P.C.

BY: _____
      Joyce L. Collier, Esquire

      Attorney for Jane Doe Witness Number 5, Beth Ferrier, and Jane Doe Witness Number 11, Rebecca Cooper (a.k.a. "Rebecca Neal")

**EXHIBIT 2**

COLLIER LAW, P.C.
BY:   JOYCE COLLIER, ESQ. (ID No. 54324)
709 Bethlehem Pike, Unit E
Erdenheim, PA  19038
(267) 422-6174
*Attorney for Witnesses Beth Ferrier and Rebecca Cooper*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA CONSTAND | : |
| | : |
| Plaintiff | : |
| | : CIVIL ACTION NO.  05-cv-1099 |
| v. | : |
| | : |
| WILLIAM H. COSBY, JR. | : |
| | : |
| Defendant. | : |

**JANE DOE WITNESS NUMBER 11, REBECCA COOPER'S, MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF AND OTHER SANCTIONS FOR VIOLATIONS OF CONFIDENTIAL SETTLEMENT AGREEMENT AND MOTION TO STRIKE FOOTNOTE 5 IN DEFENDANT'S <u>BRIEF FILED AT DOCUMENT NUMBER 102</u>**

Jane Doe Witness Number 11, Rebecca Cooper (a.k.a. "Rebecca Neal"), files this Memorandum in Support of Plaintiff's Motion for Injunctive Relief and Other Sanctions (the "Motion") to notify the Court that she supports Plaintiff's Motion to the extent that it requests to unseal the complete deposition transcripts of Defendant's deposition.  Ms. Cooper is a witness in the instant lawsuit pursuant to Federal Rule of Evidence 415.

On July 8, 2015, Plaintiff Andrea Constand filed her Motion seeking to, amongst other things, unseal and release the entirety of the deposition transcripts of Defendant in this lawsuit.  As described in the Motion, Defendant Cosby has made multiple public statements claiming that various women who have accused him of sexual assault have

been "discredited" and that the allegations are merely "innuendo." Defendant's statements not only violate the confidential settlement agreement, but also harm and demean the Jane Doe witnesses who bravely came forward in the proceedings to share their experiences of sexual assault. Unsealing the complete deposition transcripts of Defendant's deposition will allow Plaintiff and the Jane Does to defend themselves from Defendant's despicable attempts to discredit them. They need the entire deposition to be released so that they can defend themselves with the whole truth – not just select passages of the transcript as have been released.

Although Ms. Cooper understands that the transcripts sought to be unsealed may contain her name or references to her, she fully supports releasing the entire deposition transcripts as Plaintiff requests. Like Plaintiff, Ms. Cooper is a victim of malicious statements made by Mr. Cosby, his lawyers, and his public relations staff. Ms. Cooper therefore respectfully asks that the Court grant Plaintiff's Motion to the extent it asks for the unsealing and release of the entire deposition transcript of Defendant.

Respectfully submitted,

COLLIER LAW, P.C.

BY: _____
Joyce L. Collier, Esquire
Attorney for Jane Doe Witness Number 5, Beth Ferrier, and Jane Doe Witness Number 11, Rebecca Cooper (a.k.a. "Rebecca Neal")

COLLIER LAW, P.C.
BY:   JOYCE COLLIER, ESQ. (ID No. 54324)
709 Bethlehem Pike, Unit E
Erdenheim, PA  19038
(267) 422-6174
*Attorney for Witnesses Beth Ferrier and Rebecca Cooper*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA CONSTAND | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO.  05-cv-1099 |
| WILLIAM H. COSBY, JR. | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the Motion for Leave to File Memoranda in support of Plaintiff Andrea Constand's Motion for Injunctive Relief and Other Sanctions for Violations of Confidential Settlement Agreement and Motion to Strike Footnote 5 in Defendant's Brief Filed at Document Number 102 was mailed today with postage prepaid and/or served electronically via ECF to:

Bebe Kivitz
Jacobs Kivitz & Drake LLC
1525 Locust Street
12th Floor
Philadelphia, PA  19102

Nancy J. Gellman
Conrad O'Brien
1500 Market Street, Suite 3900
Centre Square West Tower
Philadelphia, PA  19102

George M. Gowen, III
Patrick J. O'Connor
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Jennifer B. Jordan
Paul D. Weller
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

<div style="columns:2">

Ann C. Lebowitz
200 South Broad Street
Suite 600
Philadelphia, PA  19102
Gayle Chatilo Sproul
Levine Sullivan Koch & Schulz LLP
1760 Market Street, Suite 1001
Philadelphia, PA  19103

Andrew D. Schau
Covington & Burling LLP
620 Eighth Avenue
New York, NY  10018
Dolores Troiani
Troiani & Gibney LLP
1171 Lancaster Avenue, Suite 101
Berwyn, PA  19312

</div>

and were served via first-class mail upon:

<div style="columns:2">

B. Joyce Thompson Dale
204 South Avenue
Media, PA  19063

Judith Rubino
1528 J.F.K. Blvd. Suite 1204
Philadelphia, PA 19102

</div>

BY: _____
Joyce L. Collier, Esquire

Attorney for Jane Doe Witness Number 5, Beth Ferrier, and Jane Doe Witness Number 11, Rebecca Cooper (a.k.a. "Rebecca Neal")

Date: July 13, 2015

COLLIER LAW, P.C.
BY:   JOYCE COLLIER, ESQ. (ID No. 54324)
709 Bethlehem Pike, Unit E
Erdenheim, PA  19038
(267) 422-6174
*Attorney for Witnesses Beth Ferrier and Rebecca Cooper*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA CONSTAND<br><br>    Plaintiff<br><br>v.<br><br>WILLIAM H. COSBY, JR.<br><br>    Defendant. | :<br>:<br>:<br>:   CIVIL ACTION NO.  05-cv-1099<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, on this _____ day of _____, 2015, upon consideration of Beth Ferrier and Rebecca Cooper's Motion for Leave to File Memoranda in support of Plaintiff Andrea Constand's Motion for Injunctive Relief and Other Sanctions for Violations of Confidential Settlement Agreement and Motion to Strike Footnote 5 in Defendant's Brief Filed at Document Number 102, said Motion is GRANTED.

UNITED STATES DISTRICT COURT

_____
Judge Eduardo C. Robreno