IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 05-CV-1099

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Gloria Allred__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __29073__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| California | 12/18/1975 | 65033 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| New York | 09/25/2013 | 5173554 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Washington D. C. | 02/04/2013 | 1011995 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S. Supreme Court | 02/21/1979 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| S.D. of New York | 06/03/2014 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Appeals 9th Dis | 02/10/1976 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for*     Rebecca Cooper * Beth Ferrier

_Gloria Allred_
(Applicant's Signature)

07/10/2015
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Allred, Maroko & Goldberg     323-653-6530
6300 Wilshire Blvd., Suite 1500
Los Angeles, Ca 90048

Sworn and subscribed before me this
___ Day of _____, 200__ See Attached

_____
Notary Public

10/04

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____    _____
*Signature of Document Signer No. 1*    *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 10th day of July, 2015,
by
(1) Gloria Allred
(and (2) _____ ),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
*Signature of Notary Public*

JENNIFER SCOBEY SHUEMAKER
Commission # 1964539
Notary Public - California
Los Angeles County
My Comm. Expires Dec 23, 2015

*Seal*
*Place Notary Seal Above*

─────────────── **OPTIONAL** ───────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
**Title or Type of Document:** _____   **Document Date:** _____
**Number of Pages:** _____ **Signer(s) Other Than Named Above:** _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)     Item #5910

## ATTACHMENT TO PRO HAC VICE APPLICATION – GLORIA ALLRED

B.     I state that I am currently admitted to practice in the following federal jurisdictions:

### Federal Court Admissions – In Good Standing For All.

U.S. District Court for the Central District of California – 12/19/1975
U.S. Court of Appeals Ninth Circuit – 02/10/1976
U.S. Supreme Court – 02/21/1979
U.S. District Court Arizona – 05/12/1994
U.S. Court of Appeals for D.C. Circuit – 06/15/1976
U.S. District Court for the Southern District of New York – 06/03/14
U.S. District Court for the Western District of Michigan – 11/10/14

C.     Rebecca Cooper aka Rebecca Neal
       Beth Ferrier

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Gloria Allred____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Joyce L. Collier, Esq. | [signature] | 12/15/88 | 54324 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Collier Law, P.C.   267-422-6174

709 Bethlehem Pike, Unit E

Erdenheim, PA  19038

Sworn and subscribed before me this

13th Day of July, 2015

[signature] Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAITLYN M O'BRIEN
Notary Public
SPRINGFIELD TWP, MONTGOMERY COUNTY
My Commission Expires Jun 24, 2018

**COLLIER LAW, P.C.**
BY: **JOYCE COLLIER, ESQ.** (ID No. 54324)
709 Bethlehem Pike, Unit E
Erdenheim, PA 19038
(267) 422-6174
*Attorney for Beth Ferrier and Rebecca Cooper aka Rebecca Neal*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA CONSTAND | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 05-cv-1099 |
| WILLIAM H. COSBY, JR. | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Gloria Allred, Esquire to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court were mailed today with postage prepaid and/or served electronically via ECF to:

Bebe Kivitz
Jacobs Kivitz & Drake LLC
1525 Locust Street
12th Floor
Philadelphia, PA 19102

Nancy J. Gellman
Conrad O'Brien
1500 Market Street, Suite 3900
Centre Square West Tower
Philadelphia, PA 19102

George M. Gowen, III
Patrick J. O'Connor
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Jennifer B. Jordan
Paul D. Weller
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Ann C. Lebowitz
200 South Broad Street
Suite 600
Philadelphia, PA 19102

Andrew D. Schau
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018

| | |
|---|---|
| Gayle Chatilo Sproul | Dolores Troiani |
| Levine Sullivan Koch & Schulz LLP | Troiani & Gibney LLP |
| 1760 Market Street, Suite 1001 | 1171 Lancaster Avenue, Suite 101 |
| Philadelphia, PA  19103 | Berwyn, PA  19312 |

and were served via first-class mail upon:

| | |
|---|---|
| B. Joyce Thompson Dale | Judith Rubino |
| 204 South Avenue | 1528 J.F.K. Blvd. Suite 1204 |
| Media, PA  19063 | Philadelphia, PA 19102 |

By: /s/ Joyce L. Collier
Joyce L. Collier, Esq.
*Attorney for Plaintiffs*

Date: July 13, 2015

**COLLIER LAW, P.C.**
BY:    **JOYCE COLLIER, ESQ.** (ID No. 54324)
709 Bethlehem Pike, Unit E
Erdenheim, PA  19038
(267) 422-6174
*Attorney for Beth Ferrier and Rebecca Cooper aka Rebecca Neal*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREA CONSTAND** : | |
| Plaintiff : | |
| : | CIVIL ACTION NO.  05-cv-1099 |
| v. : | |
| **WILLIAM H. COSBY, JR.** : | |
| Defendant. : | |

### ORDER

AND NOW, this _____ Day of _____, 2015, it is hereby

ORDERED that the application of Gloria Allred, Esquire, to practice in this court pursuant to

Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED.

_____ DENIED.



_____
                                                                                                                        J.