# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA CONSTAND, | : |
| Plaintiff, | : |
| | : No. 05-cv-1099 |
| v. | : |
| WILLIAM H. COSBY, JR., | : |
| Defendant. | : |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Andrew D. Schau, Esquire, as co-counsel for Defendant William H. Cosby Jr. in the above-captioned matter.

Dated: July 17, 2015

*/s/ Andrew D. Schau*
Andrew D. Schau
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

## CERTIFICATE OF SERVICE

I, Andrew D. Schau, hereby certify that on July 17, 2015, I served a copy of the foregoing Withdrawal of Appearance via ECF on all counsel of record.

>   */s/ Andrew D. Schau*
> Andrew D. Schau