# Exhibit A

# HOLLYWOOD   Bill Cosby's Shocking Drug-and-Sex Confession Found in Newly Unsealed Court Records



 Finally, Photographic Evidence that Kit Harington Has Joined the Cast of Game of Thrones in Belfast

 Rachel Dolezal's True Lies

 See How Prince George Has Grown Over the Past Year in New Birthday Photograph



**BILL COSBY**

JULY 6, 2015 5:50 PM

# Bill Cosby's Shocking Drug-and-Sex Confession Found in Newly Unsealed Court Records



By Bryan Bedder/Getty Images.

The comedian admitted to drugging women in a 2005 deposition.

BY JULIE MILLER

ate last month, Bill Cosby's legal team attempted to argue that the comedian is not a public figure to prevent 2005 court records from being unsealed. And now, less than two weeks after Cosby's legal team alleged that the documents would incite "a firestorm of

L publicity" and a "real, specific threat of serious embarrassment," the court records have been unsealed, revealing a shocking confession by Cosby.

Per the Associated Press:

> Bill Cosby testified in 2005 that he got Quaaludes with the intent of giving them to young women he wanted to have sex with, and he admitted giving the sedative to at least one woman and "other people," according to documents obtained Monday by The Associated Press.
>
> The A.P. had gone to court to compel the release of the documents; Cosby's lawyers had objected on the grounds that it would embarrass their client.
>
> The 77-year-old comedian was testifying under oath in a lawsuit filed by a former Temple University employee. He testified he gave her three half-pills of Benadryl.

The lawsuit, which was settled about nine years ago, was filed by former basketball player Andrea Constand. According to The Hollywood Reporter, Constand was "the first woman to publicly come forward with allegations that [Cosby] drugged and sexually assaulted her."

Related: Bill Cosby Drugged Me. This Is My Story.

PHOTOS: Channing Tatum Dances in the Rain    ENLARGE SLIDESHOW



"I think every parent has that moment where they're like, 'Oh, maybe this was a bad idea; we don't know how to do this,'" Tatum says.
PHOTOGRAPH BY ANNIE LEIBOVITZ.

 Julie Miller is a Senior Hollywood writer for Vanity Fair's website. @juliewmiller