# Exhibit E



Source: https://twitter.com/itweatyou/status/434012252383887360



Source: https://twitter.com/itweatyou/status/440300468124663808



Source: https://twitter.com/itweatyou/status/618157229368324096



Source: https://twitter.com/itweatyou/status/618157533014962176