# Exhibit G



Constitution Place
Suite 909
325 Chestnut Street
Philadelphia, PA 19106

Tel. (215) 922-7112
Fax (215) 922-1950
Toll Free (877) KLW-DEPO

EDUARDO C. ROBRENO
15614 U.S. Courthouse
601 Market Street
Philadelphia, PA. 19106

In Re: William Cosby Transcripts

Dear Judge Robreno:

As a result of being contacted by various news sources the latter part of last week and this past weekend requesting the testimony of William Cosby from 2005 and 2006, as well as understanding the motion to intervene and obtain access to documents filed under seal was granted, our firm released the respective transcripts.

However, this morning we received an e-mail from George Gowen from Cozen O'Connor stating, "Please ensure that any further releasing of the deposition ceases immediately." We are continuing to receive requests regarding the transcripts and are befuddled by Mr. Gowen's statement within his e-mail.

I contacted your law clerk who told me to fax a letter to Your Honor in order for our firm to gain clarification regarding future requests. Can you please advise how our firm should proceed going forward regarding these inquiries?

Thank you very much, Your Honor.

Very truly yours,

*Danielle Murphy*
Danielle Murphy

Office Manager

CC: George Gowen, Esquire, Dolores Troiani, Esquire