IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA CONSTAND, | : |
| | : |
| Plaintiff, | : |
| | :   No. 05-cv-1099 |
| v. | : |
| | : |
| WILLIAM H. COSBY, JR., | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that William H. Cosby, Jr., defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an order lifting the seal on confidential documents, entered in this action on the 6th day of July, 2015 (Doc. 106).


Dated: July 27, 2015

s/ *Patrick J. O'Connor*
Patrick J. O'Connor
George M. Gowen III
COZEN O'CONNOR
One Liberty Place
1650 Market St.
Philadelphia, PA  19103
215.665.2000
*Attorneys for Defendant*