# EXHIBIT
# A

7/26/2015
Case 2:05-cv-01099-ER Document 1182 Filed 07/28/15 Page 2 of 8
Bill Cosby backers in media blitz: Volume doesn't make it true | MyNewsLA.com



ABOUT   STAFF   CONTACT   ADVERTISE   FAQ   PRIVACY POLICY   TERMS OF SERVICE

CRIME | GOVERNMENT | BUSINESS | EDUCATION | SPORTS | **HOLLYWOOD** | LIFE | WEATHER | Search...

**LATEST NEWS** And the heat is on; get ready for more next week

Home » Hollywood » This Article

# Bill Cosby backers in media blitz: Volume doesn't make it true

POSTED BY KEN STONE ON JULY 22, 2015 IN HOLLYWOOD | 39 VIEWS | LEAVE A RESPONSE

Recommend   Share { 1



Bill Cosby. Photo by The World Affairs Council of Philadelphia via Wikimedia Commons

A lawyer for Bill Cosby began a series of high-profile media appearances Wednesday to push back against the latest flood of news linking the comedian to sex assaults.

Monique Pressley, the lawyer, began her media blitz on ABC's "Good Morning America."

"Mr. Cosby has denied the accusations that have been lodged thus far," Pressley said. "The sheer volume, or number of people who are saying a particular thing, does not make it true," she said.

The remarks came after weeks of silence in the wake of disclosure of Cosby's deposition in a 2005 lawsuit.

Pressley said the deposition should remain secret and that he had never admitted to giving drugs to women without their consent so he could have sex with them.

Cosby's advisers told The New York Times that Pressley would be speaking to a number of news outlets throughout the day.

**>> Subscribe to MyNewsLA.com's free daily email newsletter! Click here.**

Recommend   Share { 1

POSTED IN HOLLYWOOD | TAGGED BILL COSBY, MEDIA BLITZ, MONIQUE PRESSLEY, SEX SCANDAL

GET MYNEWSLA.COM'S FREE NEWSLETTERS

We'll send you the latest headlines every morning at 7 and every weekday afternoon at 5. Our newsletters are **free** and your email address is secure.

Email Address

SUBSCRIBE



FORECAST FOR DOWNTOWN L.A.

| Today | Monday | Tuesday |
|---|---|---|
| Partly Cloudy 80°/65° | Partly Cloudy 81°/65° | Partly Cloudy 84°/67° |

Complete Forecast     Current Temperatures



 *Good Morning America* host **George Stephanopoulos** grilled **Monique Pressley**, a new attorney for comedian **Bill Cosby**, on the dozens of rape allegations against the actor Wednesday morning.

According to the *New York Times*, Pressley's appearance is part of a new PR push but Cosby's team, which senses he's losing the battle in ye olde court of public opinion.

Pressley denounced the release of a deposition in which Cosby is seen admitting he gave women drugs before having sex with them. Cosby's legal team is pursuing action against the plaintiff in that case for violating the term of the settlement.

"What we're seeing so far are headlines grabbing one excerpt or two and then misinterpreting them," Pressley said. "What we're looking at now is a situation where we started with a man who had not been charged with a crime, who has not been convicted of a crime, but instead has been accused of criminal activity."

"All of these women are liars?" Stephanopoulos asked.

"The sheer volume or number of people who are saying a particular thing does not make it true," Pressley responded, adding that Cosby did not more publicly rebut the charges because he chose to do so in legal settings.

Watch the video below, via ABC News:

[*Image via screengrab*]

——

>> Follow Evan McMurry (@evanmcmurry) on Twitter

**Follow Mediaite**

- Follow on Google Plus

**3 KRTV•com**

# After Bill Cosby deposition revelations, his attorney speaks

By Ashley Fantz CNN

(CNN) -- This past week a 2005-2006 deposition was released in which Bill Cosby answered questions from an attorney representing Andrea Constand, a former Temple University basketball coach who accused him of drugging and sexually assaulting her. More than 20 women have said that Cosby sexually assaulted them. The actor has denied all allegations and has never been charged with a crime.

On Thursday, one of Cosby's attorneys, Monique Presley, was interviewed on CNN's "New Day," marking the first time one of Cosby's attorneys has spoken since the deposition came to light.

This is the complete exchange between Presley and anchor Alisyn Camerota.

Camerota: It's very nice to have you here because it has been a challenge for the past nine months to cover this story without ever hearing from Bill Cosby. So what does Mr. Cosby say about these now more than 25 women who have come forward to accuse him of sexual assault and rape?

Presley: I'm not certain what you mean by saying that you never hear from Bill Cosby since through his attorneys he, from the very beginning, has denied repeatedly the accusations and allegations that have been lodged against him.

Camerota: We have had written statements from the attorneys. You are the first person that we are able to speak to live, but we haven't heard from Bill Cosby personally. So I'm wondering what has he told you about these accusations?

Presley: Certainly, I'm not going to reveal client confidences. I'm counsel for Mr. Cosby and anything that he says to me is said in confidence. But when his attorneys speak we are speaking for him. So when we speak and say that he denies all of the allegations and accusations then that is the statement of Bill Cosby. When you look at the recent filings, just as recently as two days ago in another case in Pennsylvania, those are the statements of Mr. Cosby. It's not necessary for him to do anything more than what he is doing, which is relying on able counsel to speak for him in a situation where he, one, has neither been charged with, nor two, convicted of any crime. So, even though we hear excerpts from accusers and see headlines that discuss things like calling him a rapist or saying that he has committed sexual assault ,the case actually is in a civil court and there are no criminal charges filed. And I think it's important, no matter what manner the attorneys are speaking for him or the media is covering it, that that's a point that stays clear.

Camerota: It's not just excerpts from accusers. We've also heard Mr. Cosby in his own words. These are revelations that have come out of this deposition from the 2005 Andrea Constand case. One of the big headlines from that is that Bill Cosby admits that he got seven prescriptions for the powerful sedative called Quaaludes not so that he could use them but so that he could give them to women that he wanted to have sex with. And we have heard from the accusers that he did give them the powerful sedative, so powerful that they could not consent to sex with him. What is your response to that revelation?

Presley: And it's not really a revelation that Quaaludes were used in the '70s. They were commonly used as a partying drug and they were also known to be used to increase sexual arousal. And Mr. Cosby admitted in his deposition to offering one person who he was in a relationship with Quaaludes during that time period, and that that person accepted it. And so when we see, again, excerpts saying it is a powerful sedative but not talking about the fact that it was also commonly used party drug during the '70s.

Camerota: Ms. Presley, I have interviewed eleven of the accusers. None of them were Quaalude users. Furthermore, none of them consented to using Quaaludes. They all accepted a drink -- sometimes a cappuccino, not even an alcoholic drink -- and afterward they became unconscious.

Presley: The interesting part about you saying that you've interviewed them and then you accept what they said is true. However, when you listen to the denial of the accusations by Mr. Cosby through his attorneys repeatedly from the beginning that's looked at and scoffed --

Camerota: So why did he get seven prescriptions for Quaaludes? That sounds like more than just one woman that he offered a Quaalude to. That sounds like he wanted to give them to women. And in fact in his own words, he says they were the purpose of giving to women, plural.

Presley: And what you're discussing is not a crime for a person to offer a substance in a consensual relationship to a person with knowledge and for them to choose to accept it is not criminal. It isn't even news, actually.

Camerota: They said they had no choice, that he slipped it to them. What is his response to that?

Presley: As he said a number of times, that's been denied, one, that he ever slipped without a person's knowing, male or female, a drug of any sort to them and, two, that there was ever between him and any other adult nonconsensual sex. Those two things -- and, actually if you look at the manner in which the people who are lodging the accusations have done so, we are seeing cases that come forward 10, 20, 30 and even 40 -- such as the California case -- 40 years later where it leaves the very precepts of our justice system unable to be followed through. What do I mean? We go to a court of law to determine how to mete out justice. We go there to figure out what is true and what is false. We can't do that in these cases.

Camerota: The statute of limitations has passed for these women. That is true. They say that at the time --

Presley: But it didn't pass for the women. They chose to not come forward until after the

statute of limitations.

Camerota: That's not exactly right. They say they did try to get attention for what happened to them in the '70s and '80s. They told friends, they told employers, they told lawyers, and all of them advised them, don't mess with one of the most powerful men in the world. But let me ask you this, why do you think in that case, if you don't believe any of these women's accounts, why do you think more than 25 women would be coming forward to tell this very private and very upsetting account? You think they're all lying?

Presley: Here is the important and critical fact. It's not about what I believe. It's not about what I think. It's not about even what the truth of the matter is 40 years later when we have no way of accessing witnesses who can verify the fact. The important matter is that in our system in the United States, and I love this about our country, we have a way for people who are accused of a crime to actually step forward and defend themselves. And for people who are accusing or bringing allegations to prove them in court. And when that system doesn't work --

Camerota: Times are different now, as I think you'll admit, but you say it's not about the truth of the matter. It is about the truth of the matter. Do you believe these women or do you think they're liars?

Presley: I am here as counsel for Mr. Cosby. I am not here to assert a personal belief nor am I here to call them names. I'm here to say is that in this country Mr. Cosby is, one, innocent until proven guilty and, two, because of no fault of his own, these women did not come forward, there will not be an opportunity for him to disprove claims that are four decades old. I think that the fact that the sheer volume of the number of people who have come out is increasing others' ability to then be tag-alongs and say, OK, if one is getting away with lodging accusations with no proof then perhaps two can, then perhaps 10 can, but that does not make it so.

Camerota: Next month Mr. Cosby will have the opportunity. Because as we just reported this morning the civil case of sexual assault, a judge is allowing this to move forward. This is the one that involves a [then-] 15-year-old who, she claims, was sexual assaulted at the Playboy mansion. And in fact Gloria Allred, her attorney, says that she expects to be able to depose Mr. Cosby in the next 30 days. Will he appear for that deposition?

Presley: Well, I read the press release and I understand that that is her hope and her intention. But what this California Supreme Court did was really just put this case at the beginning posture that it was in. They were ruling on a technical issue about whether the filing could be amended or not. And they said that would not be heard.

Camerota: If called to do a deposition will he give a deposition?

Presley: And certainly I'm not going to reveal strategies, tactics or intentions of my client to testify or not or advice of counsel about the matter. We will deal with that with the able counsel who are in California who are handling this case.

Camerota: You have been saying this has to be aired in a court of law. This is the opportunity. This is the opportunity next month for this to happen in a court of law. This is what you say Mr. Cosby has been waiting for. Will he let this be heard in a court of law?

Presley: And I what I said to you is that through the court system when court cases are brought appropriately, then it's handled by the defense and by the plaintiffs in the manner that it's supposed to be. And that means that they make all of the decisions that are available to them in a court of law. That doesn't mean that I'm gonna sit here today and tell you what I would advise Mr. Cosby to do or what his Los Angeles counsel would advise him to do or what his intentions are. It means that's the forum, that the forum is not headlines from 70 years ago with one question and one answer from a deposition about the use of a party drug. Instead, we will see in the courtroom, in this case and in others, whether a defamation suit can hold up for a person who speaks up and says I deny the claims that are being lodged against me. We will see whether this claim that the police refused to prosecute will also become frivolous to the court in a civil case. All of those are things that we'll find out in time. I know that that is the way the system should work. I pray it will work that way in this case.

TM & © 2015 Cable News Network, Inc., a Time Warner Company. All rights reserved.





78°

Clear
Cleveland

**FULL FORECAST**

Search

# Cosby's attorney: Not about the truth of the matter

*Posted: Jul 23, 2015 10:34 AM EDT*
*Updated: Jul 23, 2015 10:45 AM EDT*

(CNN) - The California Supreme Court denied a request from Bill Cosby to review a civil lawsuit accusing him of sexual assault, allowing the case to go forward.

Judy Huth, one of Cosby's public accusers, said the comedian molested her at the Playboy Mansion in 1974 when she was 15 years old.

Cosby's attorneys claimed Huth attempted to sell the same story to a tabloid 10 years ago, and that would mean the statute of limitations would have expired on the case.

Monique Pressley, one of the attorneys for Bill Cosby, was asked what she thought about the allegations dozens of women have made against her client. She said it was not about what she believed.

She also said, "It's not about what the truth of the matter is 40 years later when we have no way of accessing witnesses who can verify the fact."

"The important matter is that in our system in the United States, and I love this about our country, we have a way for people who are accused of a crime, to actually step forward and defend themselves and for people who are accusing or bringing allegations to prove them in court," Pressley said.

Attorney Gloria Allred, who represents Huth, called the court's decision a "huge, huge victory" for her client.

Allred said she hopes to schedule a deposition for Cosby in the next 30 days. Cosby, through his lawyers, has denied all allegations of sexual misconduct.

*Copyright 2015 CNN. All rights reserved.*

## RECOMMENDED

Promoted Links by Taboola

**Most Stylish Apple Watch Accessories**
Forbes

**Man killed making a run to the store**

**13 Interesting Facts About Spiders**
Little Budha

**Coyotes turn up during "pup rearing time"**

## WE RECOMMEND

More female inmates say they

## PROMOTED STORIES

Ever Googled yourself? A popular