```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| ANDREA CONSTAND,                    : | |
| : | CIVIL ACTION |
| Plaintiff,    : | NO. 05-1099 |
| : | |
| v.       : | |
| : | |
| WILLIAM H. COSBY, JR.,               : | |
| : | |
| Defendant.   : | |

### O R D E R

**AND NOW**, this **3rd** day of **December, 2015**, upon consideration of the motion to admit Gloria Allred, Esq., as counsel pro hac vice for Movants Rebecca Cooper and Beth Ferrier (ECF. No. 110), it is hereby **ORDERED** that Ms. Allred is **ADMITTED** in this case as counsel pro hac vice. Loc. R. Civ. P. 83.5.2(b).

**IT IS FURTHER ORDERED** that (i) as counsel pro hac vice, counsel shall review and become familiar with the Pennsylvania Rules of Professional Conduct and the rules of this Court, and agree to be bound by and subject to discipline thereunder; (ii) that moving counsel, Joyce L. Collier, Esq., shall act as associate counsel of record, and shall maintain during the pendency of the proceeding an office within the Eastern District of Pennsylvania where all pleadings, motions, notices, and other papers can be served, Loc. R. Civ. P.

83.5.2(a); and (iii) counsel shall pay the admission fee to the Clerk of Court.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,  J.**