IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA CONSTAND, : | |
| : | CIVIL ACTION |
| Plaintiff, : | NO. 05-1099 |
| : | |
| v. : | |
| : | |
| WILLIAM H. COSBY, JR., : | |
| : | |
| Defendant. : | |

### O R D E R

**AND NOW**, this **21st** day of **December, 2015,** it is hereby ordered that the Motion for Leave to File (ECF No. 109) and Motion to Strike (ECF No. 113) are **DENIED** as moot.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**